# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH J. HARRISON,<br><br>Defendant. | CASE No. 1:18-mj-00086-SAB<br><br>ORDER CONTINUING HEARING AND REFERRING MATTER TO PROBATION FOR POSSIBLE PETITION FOR VIOLATION OF PROBATION |

Seth J. Harrison ("Defendant") pled guilty to operating a motor vehicle while under the influence of alcohol or drugs with a blood alcohol content above .08% in violation of 36 C.F.R. § 4.23(a)(2) on December 6, 2018. (ECF No. 9.) Defendant was sentenced to 18 months unsupervised probation to expire on June 5, 2020, a fine of $1,200 and a special assessment of $10.00 with monthly payments of $100.00 commencing on January 15, 2019; and a First Time DUI Program to start no later than January 31, 2019. (Id.) A probation review hearing was set for December 5, 2019, at 10:00 a.m. before Magistrate Judge Stanley A. Boone and Defendant was ordered to file a status report fourteen days prior to the review hearing. (ECF No. 10 at 2.) On April 15, 2019, a violation notice was filed and subsequently Defendant filed a notice of proof of enrollment in a DUI program. (ECF Nos. 11, 12.)

Defendant did not file a status report fourteen days prior to the hearing as required. Further, it does not appear that Defendant has paid his fine in full. Therefore, the Court shall continue the status conference and refer this matter to Probation to consider whether a petition for violation of probation should be filed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for December 5, 2019, is CONTINUED to December 12, 2019, at 10:00 a.m. in Courtroom 9;

2. Defendant Seth Harrison is ordered to appear at the December 12, 2019 hearing; and

3. This matter is referred to Probation for the possibility of filing a petition for violation of probation.

IT IS SO ORDERED.

Dated: **December 4, 2019**

UNITED STATES MAGISTRATE JUDGE