HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SETH HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SETH HARRISON,<br><br>Defendant. | Case No. 1:18-mj-00086-SAB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER<br><br>DATE: March 19, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Seth Harrison, that the sentencing hearing currently scheduled for March 19, 2020, may be continued to May 21, 2020, at 10:00 a.m.

The parties jointly move to continue Mr. Harrison's sentencing hearing to May 21, 2020, in order to permit him an opportunity to avoid the health risk posed by the ongoing coronavirus pandemic.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | |
| 3 | | Federal Defender |
| 4 | Date: March 18, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | SETH HARRISON |
| 7 | | |
| 8 | | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | Date: March 18, 2020 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

Based on a showing of good cause, the Court hereby orders that the sentencing hearing currently scheduled for March 19, 2020, is continued to May 21, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 18, 2020**

UNITED STATES MAGISTRATE JUDGE