HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SETH HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00086-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
| vs. | |
| SETH HARRISON, | |
| Defendant. | |

I, Seth Harrison, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my sentencing hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the sentencing hearing currently set for May 21, 2020.

Dated: May 20, 2020        */s/ Matthew Lemke*
                           MATTHEW LEMKE
                           Assistant Federal Defender
                           Attorney for Defendant
                           SETH HARRISON

Dated:  May 20, 2020        */s/ Seth Harrison*
                           SETH HARRISON
                           Defendant

# ORDER

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Seth Harrison is permitted to appear by video teleconference for his sentencing hearing scheduled to take place on May 21, 2020.

IT IS SO ORDERED.

Dated:   **May 20, 2020**

UNITED STATES MAGISTRATE JUDGE

Harrison, S. [1:18-mj-00086-SAB]
Consent to Appear by VTC