HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SETH HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00086-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO ADVANCE SURRENDER DATE; ORDER** |
| vs. | |
| SETH HARRISON, | Judge: Hon. Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record, that the surrender date for Seth Harrison, to the United States Bureau of Prisons to commence service of his term of incarceration, may be advanced to no later than 5:00 p.m., on Friday, June 5, 2020. The current surrender date is Friday, June 30, 2020. All other conditions of Mr. Harrison's release shall remain in full force and effect.

Mr. Harrison wishes to begin serving his term of incarceration in advance of the current June 30, 2020 reporting date. Undersigned counsel has informed the United States Marshals Office of Mr. Harrison's request. The government has no objection to this request.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | DATED: May 28, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | SETH HARRISON |
| 7 | | |
| 8 | | MCGREGOR SCOTT<br>United States Attorney |
| 9 | | |
| 10 | DATED: May 28, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR |
| 11 | | Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

Harrison, Seth [1:18-mj-00086-SAB]
Stipulation to Advance Surrender Date                -2-

**ORDER**

**IT IS SO ORDERED.** The date for Seth Harrison to surrender to the United States Bureau of Prisons for service of his term of incarceration is hereby advanced from June 30, 2020, to June 5, 2020, at no later than 5:00 p.m. All other conditions of Mr. Harrison's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 29, 2020**

UNITED STATES MAGISTRATE JUDGE